310 Ga. 6
FINAL COPY

S21Y0081. IN THE MATTER OF PAMELA STURDIVANT STEPHENSON.

PER CURIAM.

This disciplinary matter is before the Court on the petition of Pamela Sturdivant Stephenson (State Bar No. 679558) for voluntary surrender of her license prior to the issuance of a formal complaint, pursuant to Bar Rule 4-227 (b) (2). Stephenson, who has been a member of the Bar since 1994, is currently under suspension because of her failure to respond to a Notice of Investigation filed by the State Bar. The maximum sanction for the violations contained in the notice is disbarment. See *In the Matter of Stephenson*, S20Y0212 (Sept. 20, 2019). The notice asserted that conduct alleged in a grievance against Stephenson could support violations of Rules 1.2, 1.3, 1.4, 1.5, 3.2, and 8.4 (a) (4) of the Georgia Rules of

Professional Conduct.[1]  Stephenson's petition asserts her intention to surrender her license pursuant to Rule 4-104 (a).  Stephenson thus requests that the Court accept her petition for voluntary surrender of her license, which she acknowledges is tantamount to disbarment.  The State Bar has filed a response, asking this Court to grant Stephenson's petition.

Having reviewed the petition, we agree to accept Stephenson's petition for voluntary surrender of her license, pursuant to Rule 4-104 (a), which is tantamount to disbarment.  Accordingly, it is hereby ordered that the name of Pamela Sturdivant Stephenson be removed from the rolls of persons authorized to practice law in the State of Georgia.  Stephenson is reminded of her duties pursuant to Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. All the Justices concur.*

---

[1] The maximum sanction for a violation of Rules 1.2, 1.3, and 8.4 (a) (4) is disbarment; the maximum sanction for a violation of Rules 1.4, 1.5, and 3.2 is a public reprimand.

Decided September 28, 2020.

Voluntary surrender of license.

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, Wolanda R. Shelton, Assistant General Counsel State Bar*, for State Bar of Georgia.